UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 23-62151-CIV-SMITH

GARFIELD SPENCE,

    Plaintiff,

vs.

DDRM MIDWAY PLAZA LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation of Final Dismiss with Prejudice [DE 12]. Accordingly, it is

ORDERED that:

1. This matter is **DISMISSED with prejudice**.

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 16th day of January, 2024.

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    counsel of record